**Entered on Docket**
**August 06, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

1
2
3
4
5
6
7  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
8  Nevada Bar No. 004417
   212 South Jones Boulevard
9  Las Vegas, Nevada 89107
10 Telephone: 702 258-8200
   bk@wildelaw.com
11 Fax: 702 258-8787

12 MARK S. BOSCO, ESQ.
   Arizona Bar No. 010167
13 TIFFANY & BOSCO, P.A.
14 2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
15 Telephone: (602) 255-6000

16 Wells Fargo Bank, N.A.
   10-72468
17

18              **UNITED STATES BANKRUPTCY COURT**
19                      **DISTRICT OF NEVADA**

| In Re: | Bk Case No.: 10-20735-mkn |
|---|---|
| Leann R. Dust and Joseph C. Dust | Date: 7/21/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtors. | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 1025 Blue Lantern Drive, Henderson, NV 89015.

Submitted by:

**WILDE & ASSOCIATES**

By: /s/ *[signature]* #10099
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Jeffrey Posin
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Yvette Weinstein
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
    ____ The court waived the requirements of LR 9021.
    ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
    ____ No parties appeared or filed written objections, and the trustee is the movant.
    _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
    ____ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or    _x_ failed to respond to the document
    ____ appeared at the hearing, waived the right to review the order
    ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    ____ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or    _x_ failed to respond to the document

    ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
    ____ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or    ____ failed to respond to the document
    ____ appeared at the hearing, waived the right to review the order
    ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    ____ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or    ____ failed to respond to the document

    ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor